OPINION — AG — ** CONTRACTORS ON PUBLIC WORK PRODUCT — PAYMENT WITHHELD WHEN LABOR AND MATERIAL NOT PAID FOR — CONSTITUTIONALLY OF STATUTE ** 61 O.S. 1971 16 [61-16] IS CONSTITUTIONAL IN AUTHORIZING A PUBLIC AGENCY TO WITHHOLD FROM THE CONTRACTOR'S CURRENT EARNINGS ON A PUBLIC WORK PROJECT, THE AMOUNT THE CONTRACTOR HAS NOT PAID FOR LABOR OR MATERIAL ON THAT PROJECT. CITE: 61 O.S. 1971 16 [61-16] (PAUL C. DUNCAN)